**ORDERED in the Southern District of Florida on July 22, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**FRANCIS TERESA TELLEZ,** **Case No.: 26-13385-BKC-RAM**
Chapter 7

Debtor.
_____________________/

**ORDER GRANTING TRUSTEE'S SECOND AGREED MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE**

**THIS CAUSE**, having come before the Court upon the Trustee's Second Agreed Motion to Extend Time to File a Complaint Objecting to the Debtor's Discharge ("Motion") (Dkt. No. 28) pursuant to Local Rule 9013-2(c). The Court having reviewed the Motion and the record herein, and having been advised that the parties are in agreement,

It is **ORDERED** that said Motion is **GRANTED**.

1. Barry E. Mukamal, Trustee, shall have up to and including August 21, 2026 in which to file a complaint objecting to the Debtor's discharge.

###

Submitted By:
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760
bemtrustee@kapilamukamal.com

Copies furnished to:
Barry E. Mukamal, is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of such service within two (2) business days from entry of the Order.