UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FRANCIS TERESA TELLEZ,

Debtor.
_______________________________/

Case No. 26-13385-BKC-RAM
Chapter 7

## JOINT MOTION TO COMPROMISE CONTROVERSY

**Under Local Rule 9013-3(b), the relief requested herein may be granted without further motion, notice, or hearing if no written response or objection is filed and served within 21 days after service of this motion.**

1. Barry E. Mukamal, Trustee, and Francis Teresa Tellez ("Debtor") file this Motion to Compromise Controversy, and in support thereof states as follows:

2. The Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on March 19, 2026. Shortly thereafter, Barry E. Mukamal ("Trustee") was appointed as the Chapter 7 Trustee.

3. The Trustee and the Debtor enter into this agreement ("Stipulation") for settlement of all issues between them, including the controversy regarding dissipation of cash assets.

4. The parties have successfully negotiated a discounted settlement.

5. The Debtor agrees to pay, and the Trustee agrees to accept, the total sum of $5,000 ("Settlement Amount"), as full and final settlement, payable on or before September 30, 2026.

6. Payment shall be in the form of money orders or cashier's checks made payable to Barry E. Mukamal, Trustee for Case #26-13385 and mailed to 1000 S. Federal Hwy, Ste 200, Fort Lauderdale, FL 33316.

7. In the event of default, the Trustee will notify Debtor's attorney, Jose Blanco, Esq. of said default, by email transmission (jose@balancopa.com). If said default is not cured within seven (7) days of the notice of default, the Trustee may proceed as set forth herein.

8. If the Debtor fails to make any of the aforesaid payments within seven (7) days from the date of the default notice, the Settlement Amount shall be increased to $6,500, which represents the non-discounted value of the amounts at issue. The Debtor consents to the entry of an order requiring immediate turnover of the unpaid balance of $6,500 and to any further relief the Court may grant the Trustee in order to effectuate possession of same. The Debtor agrees that the Trustee may seek an Order compelling turnover of the unpaid balance of $6,500 without the need for further hearing. In the event of default, the Trustee shall have the right to proceed against any and all assets of the Debtor including, but not limited to, the property the Debtor claimed as exempt. In addition, the Trustee shall be entitled to attorney's fees and costs and interest, which shall accrue at the statutory rate.

9. Should the Debtor fail to comply with the Bankruptcy Court's Order approving the settlement stated herein, the Trustee shall file a Notice of Default and a Motion requesting entry of an Order revoking Debtor's discharge as provided by 11 U.S.C. § 727. Pursuant to the terms set forth in this Stipulation, the Debtor agrees that the Trustee may seek revocation of the discharge via hearing on a Motion to Revoke Discharge and waives the procedural requirement of an adversary proceeding. No discharge shall be revoked without a hearing.

10. This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, modified or supplemented except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought, a waiver by a party of any

breach of any provision of this Stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision. This agreement is a full and final settlement of all issues between the parties.

11. The Trustee recommends approval of this settlement because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the estate because full settlement precludes any risks associated with litigation in this matter, increases the dividend available to creditors and allows for a distribution of sums and proceeds within a reasonable time.

12. Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as Exhibit "A".

**WHEREFORE,** Barry E. Mukamal, Trustee, respectfully requests this Court enter an Order Approving this Motion to Compromise Controversy and grant such other and further relief as the Court may deem just and proper.

Dated: 8/15/26

Barry E. Mukamal
Chapter 7 Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760

Dated: 8/13/26

Jose A. Blanco, Esq. approved as to form only
Debtor's Counsel
102 E 49 St
Hialeah, FL 33013
Telephone: (305) 349-3463

Francis Teresa Tellez
Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**FRANCIS TERESA TELLEZ,** **Case No. 26-13385-BKC-RAM**
Chapter 7

**Debtor.**
_________________________________/

**ORDER APPROVING JOINT MOTION TO COMPROMISE CONTROVERSY**

**THIS CAUSE** came before the Court on the Joint Motion to Compromise Controversy ("Settlement Motion") of Barry E. Mukamal, Chapter 7 Trustee [Dkt. No.___], filed pursuant to Local Rule 9013-3(b). The Motion was served on all interested parties and creditors, pursuant to the Federal Rules of Bankruptcy Procedure 9019 and 2002(a)(3). The movant by submitting this form of order has represented that the motion was served on all required parties; the 21-day response time provided by Local Rule 9013-3(b) has expired; no one has filed, or served on the movant, a response to the motion; and this form of order was attached as an exhibit to the motion.

This Court, having reviewed the file and the Motion, find good cause having been shown. It is therefore, **ORDERED** that said Settlement Motion is **APPROVED**.

1. The Debtor, Francis Teresa Tellez (“Debtor"), shall pay to the Trustee the total sum of $5,000 ("Settlement Amount") for full and final settlement of the controversy regarding dissipation of cash assets. The parties agree to the payment terms outlined in the Settlement Motion.

2. The Trustee acknowledges receipt in full of the Settlement Amount.

3. The Court incorporates all the terms of the Joint Motion to Compromise Controversy and retains jurisdiction to enforce the terms therein.

###

Submitted By:
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760
bemtrustee@kapilamukamal.com

Copies furnished to:
Barry E. Mukamal, is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of such service within two (2) business days from entry of the Order.

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2026, I electronically filed the foregoing document with the Clerk of the court using CM/ECF, which caused it to be served electronically on the following parties:

- **Jose A Blanco** eservice@blancopa.com, Blanco.JoseA.R105197@notify.bestcase.com
- **Ida Moghimi Kian** bkecfnotifications@dallegal.com, southerndistrict@shdlegalgroup.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov

I further certify that on August 25, 2026, I served a copy of the foregoing document by U.S. Mail on the parties listed on the attached mailing matrix.

Respectfully submitted,

/s/ Jazmin Padilla

Jazmin Padilla for
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-760
Email: bemtrustee@kapilamukamal.com

Label Matrix for local noticing
113C-1
Case 26-13385-RAM
Southern District of Florida
Miami
Tue Aug 25 15:08:52 EDT 2026

Deutsche Bank National Trust Company
DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318-0519

Amex
CorrespondenceBankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27410

Brand Source/Citi Bank
Attn: Citcorp Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

CASCADE CAPITAL FUNDING, LLC
5341 Old Redwood Hwy Suite 220
Petaluma, CA 94954-7127

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

(p)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

Cherry Technologies Inc
Attn: Bankruptcy
2261 Market Street #4869
San Francisco, CA 94114-1612

Chex Systems, Inc.
ATTN: Bankruptcy Department
PO Box 583399
Minneapolis, MN 55458-3399

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Citibank
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citibank/Best Buy
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Zales
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity/Alphaeoncos
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credence Resource Management, LLC
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195-4300

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

(p)HY CITE ENTERPRISES LLC
3252 PLEASANT VIEW ROAD
MIDDLETON WI 53562-4840

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20829
Fountain Valley, CA 92728-0829

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Mount Sinai Medical Center
ATTN: Bankruptcy Unit
4300 Alton RD
Miami Beach, FL 33140-2948

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PHH Mortgage Services
Attn: Bankruptcy
PO BOX 24738
West Palm Beach, FL 33416-4738

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Regional Acceptance Co
Attn: Bankruptcy
1424 E Firetower Rd
Greenville, SC 27858-4105

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Small Business Administration
51 S.W. 1st AVE STE 201
Miami, FL 33130-1625

Small Business Administration
PO Box 3918
Portland, OR 97208-3918

(p)SOUTH BROWARD HOSPITAL DISTRICT
ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
C/O LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/BRMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Systems & Services Technologies
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503-1600

TD Retail Card Services/Furniture First
Attn: Bankruptcy
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333-9223

Top Asset
10005 Nw 21st St
Miami, FL 33172-2503

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203-4002

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328-0001

Barry E Mukamal
PO Box 14183
Fort Lauderdale, FL 33302-4183

Francis Teresa Tellez
1339 NW 102 St
Miami, FL 33147-1858

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013-1853

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CarMax Auto Finance
Attn: Bankruptcy
1200 Tuckahoe Creek Pkwy
Richman, VA 23238

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Hy Cite Enterprises, LLC.
Attn: Bankruptcy
3252 Pleasant View Road
Middleton, WI 53562

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

PNC Financial Services
Attn: Bankruptcy
300 Fifth Ave
Pittsburgh, PA 15222

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

US Attorney Southern District
c/o Hon. Jason A. Reding Qui ones
99 NE 4th St
Miami, FL 33132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients 58
Bypassed recipients 1
Total 59