**ORDERED in the Southern District of Florida on September 16, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**FRANCIS TERESA TELLEZ,**

**Debtor.**
_______________________________/

**Case No. 26-13385-BKC-RAM**
Chapter 7

**ORDER APPROVING JOINT MOTION TO COMPROMISE CONTROVERSY**

**THIS CAUSE** came before the Court on the Joint Motion to Compromise Controversy ("Settlement Motion") of Barry E. Mukamal, Chapter 7 Trustee [Dkt. No. 34], filed pursuant to Local Rule 9013-3(b). The Motion was served on all interested parties and creditors, pursuant to the Federal Rules of Bankruptcy Procedure 9019 and 2002(a)(3). The movant by submitting this form of order has represented that the motion was served on all required parties; the 21-day response time provided by Local Rule 9013-3(b) has expired; no one has filed, or served on the movant, a response to the motion; and this form of order was attached as an exhibit to the motion.

This Court, having reviewed the file and the Motion, find good cause having been shown. It is therefore, **ORDERED** that said Settlement Motion is **APPROVED**.

1. The Debtor, Francis Teresa Tellez (“Debtor"), shall pay to the Trustee the total sum of $5,000 ("Settlement Amount") for full and final settlement of the controversy regarding dissipation of cash assets. The parties agree to the payment terms outlined in the Settlement Motion.

2. The Trustee acknowledges receipt in full of the Settlement Amount.

3. The Court incorporates all the terms of the Joint Motion to Compromise Controversy and retains jurisdiction to enforce the terms therein.

###

Submitted By:
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760
bemtrustee@kapilamukamal.com

Copies furnished to:
Barry E. Mukamal, is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of such service within two (2) business days from entry of the Order.